McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No.  S-02-463 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ADAM ROSS, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

On September 29, 2004, this Court having granted the government's Rule 35 motion to reduce the defendant's sentence to a sentence of forty-eight (48) months probation with twelve (12) months halfway house as a condition of probation while keeping all other conditions of supervised release the same. The government having filed a supplemental Rule 35 motion in which it stated that its original motion had been in error and that the request should have been to simply convert the entire incarceration component of the defendant's sentence to halfway house confinement.  Good cause having been shown therefore, the motion of the government is granted, and it is

///

1

1   ORDERED that the sentence heretofore imposed upon the

2   defendant Adam Ross is vacated and defendant Adam Ross is

3   sentenced to forty-eight (48) months probation with eight (8)

4   months halfway house confinement as a condition of probation.

5   All other conditions of supervised release are to remain in full

6   force and affect.

7   DATED: June 17, 2005

8                                          /s/ David F. Levi
                                           HONORABLE DAVID F. LEVI
9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2